District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT WEIBL, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. COWAN, *et.al.*, <br><br> Defendants. | CASE NO. 2:21-cv-1642-BJR <br><br> JOINT STIPULATION AND ORDER TO EXTEND DEADLINE |

    Plaintiffs bring this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to reopen and approve their I-130 petition or adjudicate their administrative appeal. Compl., Relief Requested. Defendants' deadline to respond to the Complaint is April 8, 2022. Defendants respectfully request a two-week extension of this deadline to allow the parties to determine whether this litigation can be resolved without motion practice.

    Good cause exists to grant this extension request. Since this case commenced, the Board of Immigration Appeals adjudicated Plaintiffs' administrative appeal and United States Citizenship and Immigration Services ("USCIS") reopened their I-130 petition. Plaintiffs have asked whether USCIS can provide a timeline for adjudication of the petition. To avoid the

JOINT STIPULATION
CASE NO. 2:21-cv-1642-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

possibility of additional litigation, USCIS will provide a timeline, but requires a short extension to do so.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court extend Defendants' response deadline until April 22, 2022.

DATED this 6th day of April, 2022.

                                              Respectfully submitted,

NICK W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*


*s/ Hilary Han*
HILARY HAN, WSBA #33754
Dobrin & Han, PC
705 Second Avenue, Ste 905
Seattle, WA 98104
Phone: 206-448-3440
Email: Hilary@dobrin-han.com
*Counsel for Plaintiffs*

JOINT STIPULATION
CASE NO. 2:21-cv-1642-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that Defendants' deadline to respond to the Complaint is extended to April 22, 2022.

Dated this 6th day of April, 2022.

_____
BARBARA J. ROTHSTEIN
United States District Judge

JOINT STIPULATION
CASE NO. 2:21-cv-1642-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970