District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT WEIBL, *et al*.., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. COWAN, *et.al.*, <br><br> Defendants. | CASE NO. 2:21-cv-1642-BJR <br><br> STIPULATED MOTION TO DISMISS AND ORDER |

    Plaintiffs bring this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to reopen and approve their I-130 petition or adjudicate their administrative appeal. Compl., Relief Requested. The Board of Immigration Appeals adjudicated Plaintiffs' administrative appeal and United States Citizenship and Immigration Services ("USCIS") reopened their I-130 petition. USCIS is now actively processing the petition. Accordingly, the above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION AND ORDER
CASE NO. 2:21-cv-1642-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 20th day of April, 2022. |
| 2 | Respectfully submitted, |
| 4 | NICK W. BROWN<br>United States Attorney |
| 6 | *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657 |
| 7 | Assistant United States Attorney<br>United States Attorney's Office |
| 8 | 1201 Pacific Avenue, Suite 700<br>Tacoma, WA 98402 |
| 9 | Phone:  253-428-3824<br>Email:  michelle.lambert@usdoj.gov |
| 10 | *Counsel for Defendants* |
| 12 | *s/ Hilary Han*<br>HILARY HAN, WSBA #33754 |
| 13 | Dobrin & Han, PC<br>705 Second Avenue, Ste 905 |
| 14 | Seattle, WA 98104 |
| 15 | Phone:  206-448-3440<br>Email:  Hilary@dobrin-han.com |
| 16 | *Counsel for Plaintiffs* |

STIPULATED MOTION AND ORDER  
CASE NO. 2:21-cv-1642-BJR

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

**ORDER**

It is so ORDERED. The case is dismissed without prejudice.

Dated this 21st day of April, 2022.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER
CASE NO. 2:21-cv-1642-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970